1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **DISTRICT OF NEVADA**
10

| | |
|---|---|
| ABDUL HOWARD, | ) |
| | ) |
| Plaintiff, | )   2:11-cv-01700-JCM-RJJ |
| | ) |
| vs. | ) |
| | )   **ORDER** |
| STATE OF NEVADA, | ) |
| | ) |
| Defendant. | ) |

Plaintiff has submitted two applications to proceed *in forma pauperis* (ECF #s 1, 3), a complaint pursuant to 42 U.S.C. § 1983 (ECF #1-1) and an amended complaint (ECF #3-1). However, it appears that plaintiff is no longer incarcerated. If this is the case, plaintiff must complete a non-prisoner application to proceed *in forma pauperis* on the court-approved form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff an application to proceed *in forma pauperis* by a non-prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed non-prisoner application to proceed *in forma*

1 *pauperis* on the form provided by this court, as well as all requisite financial information.  Plaintiff's
2 failure to do so may result in the immediate dismissal of the entire action.

DATED this 30th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE