1

2

3                          UNITED STATES DISTRICT COURT

4                                DISTRICT OF NEVADA

5                                      * * *

6   ABDUL HOWARD,                        )
                                         )
7               Plaintiff,               )        2:11-cv-1700-JCM-RJJ
                                         )
8   vs.                                  )
                                         )
9   STATE OF NEVADA, *et al.*,           )              O R D E R
                                         )
10              Defendant,               )
    _____)

11
          This matter is schedule for a mediation conference on April 20, 2012.
12
          The Court has been advised that Plaintiff, Abdul Howard has been released from the
13
    custody of the Attorney General. Good cause appearing therefore,
14
          IT IS HEREBY ORDERED that the Court's Order (#10) is VACATED as to that portion
15
    which states, "The Attorney General's Office will make the necessary arrangements for Plaintiff
16
    to appear by video conference. . . ." Order (#10) at pg. 1, lines 24-25.
17
          IT IS FURTHER ORDERED that Plaintiff, Abdul Howard is required to attend the
18
    mediation conference in person.
19
          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
20
    Plaintiff, Abul Howard, along with a copy of the Court's Order (#10) by certified mail, return
21
    receipt requested..
22
          IT IS FURTHER ORDERED that Plaintiff, Abdul Howard is advised that failure to
23
    appear in person for this mediation conference may result in a recommendation that this case be
24
    dismissed.
25
          DATED this _1st_ day of March, 2012.
26

27

28                                          _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge