UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1700-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| STATE OF NEVADA, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is schedule for a mediation conference on April 20, 2012.

The Court has been advised that Plaintiff, Abdul Howard has been released from the custody of the Attorney General. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Court's Order (#10) is VACATED as to that portion which states, "The Attorney General's Office will make the necessary arrangements for Plaintiff to appear by video conference. . . ." Order (#10) at pg. 1, lines 24-25.

IT IS FURTHER ORDERED that Plaintiff, Abdul Howard is required to attend the mediation conference in person.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff, Abul Howard, along with a copy of the Court's Order (#10) by certified mail, return receipt requested..

IT IS FURTHER ORDERED that Plaintiff, Abdul Howard is advised that failure to appear in person for this mediation conference may result in a recommendation that this case be dismissed.

DATED this __1st__ day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge