**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-01700-APG-RJJ<br><br>**JUDGMENT** |

　　　Based on the Court's October 2, 2012 Order [Dkt. #26],

　　　**JUDGMENT** is hereby entered in favor of Defendant Elsie Spell and against Plaintiff Abdul Howard.

　　　Dated this 19th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE